1  SCOTT B. COHEN, SBA #014377
   PATRICK A. CLISHAM, SBA #023154
2  **ENGELMAN BERGER, P.C.**
   2800 NORTH CENTRAL AVENUE, SUITE 1200
3  PHOENIX, ARIZONA 85004
   _____
4  Ph: (602) 271-9090
   Fax: (602) 222-4999
   Email: sbc@eblawyers.com
5  Email: pac@eblawyers.com
   _____
6  Counsel for Reorganized Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>CONTINENTAL COUNTRY CLUB, INC., an Arizona Non-profit corporation,<br><br>EIN 86-0414438<br><br>Reorganized Debtor. | Chapter 11 Proceeding<br><br>Case No. 3:21-bk-00956-EPB |

**NOTICE OF EFFECTIVE DATE OF**
**DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION**

Continental Country Club, Inc., an Arizona non-profit corporation, the above-captioned reorganized debtor ("Reorganized Debtor"), by and through undersigned counsel, hereby provides notice, pursuant to its confirmed ***Debtor's Second Amended Plan of Reorganization*** dated January 31, 2023 [DE 418] ("Plan") and the ***Amended Order Confirming Debtor's Second Amended Plan of Reorganization*** entered by the Court on March 6, 2023 [DE 437] ("Confirmation Order"), that the Reorganized Debtor has designated March 17, 2023 as the Effective Date (as defined in the Plan) for implementation of the Plan. Accordingly, the Plan is effective as of March 17, 2023, in all respects.

Any parties wishing to receive notice of post-Effective Date bankruptcy matters and reporting must request such pursuant to the terms of the Plan. Further inquiries and requests for copies of the Plan or the Confirmation Order should be directed to counsel for the Reorganized Debtor at:

Cindy K. Solomon, CP
ENGELMAN BERGER, P.C.
2800 N. Central Avenue, #1200
Phoenix, AZ 85004
Phone: 602-222.4978
Email: cks@eblawyers.com

DATED this 15th day of March, 2023.

**ENGELMAN BERGER, P.C.**

By: */s/* Scott B. Cohen
    Scott B. Cohen
    Patrick A. Clisham
    2800 North Central Avenue, Suite 1200
    Phoenix, Arizona 85004
    *Attorneys for Reorganized Debtor*

**COPY** of the foregoing transmitted via the Court's ECF system, and as indicated this 15th day of March, 2023, to the following parties:

Larry L. Watson
OFFICE OF THE U.S. TRUSTEE
Email: Larry.Watson@usdoj.gov

Alissa Brice Castaneda
DORSEY & WHITNEY LLP
Email: castaneda.alissa@dorsey.com
*Attorneys for Sunwest Bank*

Robert J. Berens
SMTD LAW LLP
Email: rberens@smtdlaw.com
*Interested Party*

Matthew Silverman
ARIZONA ATTORNEY GENERAL
Email: Matthew.silverman@azag.gov
*Attorneys for Arizona Dept. of Revenue*

Jon S. Musial
LAW OFFICE OF JON S. MUSIAL
Email: jon.musial@musiallawoffice.com
*Attorneys for Amy Jo Marshall, Interested Party*

Randy Nussbaum
SACKS TIERNEY P.A.
Email: randy.nussbaum@sackstierney.com
*Attorneys for Flagstaff Golf Association dba Aspen Valley Golf*

Warren J. Stapleton
OSBORN MALEDON, PA
Email: wstapleton@omlaw.com
*Attorneys for Lakeside Legionnaires*

Beth Mulcahy
MULCAHY LAW FIRM, P.C.
Email: bmulcahy@mulcahylawfirm.com
*Attorneys for Creditor*

Valerie Smith
SYNCHRONY BANK
Email: Claims_RMSC@PRAGroup.com

Bradley J. Stevens
JENNINGS, STROUSS & SALMON, P.L.C.
Email: bstevens@jsslaw.com
*Attorneys for Brickhouse Trust*

ENGELMAN BERGER, P.C.
2800 North Central Avenue, Suite 1200
Phoenix, Arizona 85004

1 | Jason J. Bliss
2 | ASPEY, WATKINS, & DIESEL PLLC
Email: JBliss@awdlaw.com
3 | *Co-Counsel for Lakeside Legionnaires in Case No. CV 87-042997*

4 | A copy of the foregoing document will be posted on Debtor's court-approved web portal for the benefit of all property owners who have not otherwise opted out of this form of service.

5 | By: */s/ Alyssa C. Moomaw*
6 |     Alyssa C. Moomaw
    Paralegal