# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

In re:

CONTINENTAL COUNTRY CLUB, INC., an Arizona Nonprofit corporation,

EIN 86-0414438

Reorganized Debtor.

Chapter 11

Case No. 3:21-bk-00956-EPB

**ORDER GRANTING MOTION
FOR FINAL DECREE AND CLOSING CASE**

THIS MATTER came before the Court on the *Motion for Final Decree and Order Closing Case and for Related Relief* ("Motion to Close Case") filed by Continental Country Club, Inc. (the "Reorganized Debtor") on May 11, 2023, Dkt. 469. The Reorganized Debtor having certified to the Court that proper notice of the Motion to Close Case was given to all interested parties, and that no opposition to the Motion to Close Case was filed or served before expiration of the appropriate deadline. WHEREFORE, for good cause appearing, THIS COURT HEREBY FINDS AND ORDERS:

I.  FINDINGS.

    A.  On January 31, 2023, Debtor filed *Debtor's Second Amended Plan of Reorganization* dated January 31, 2023 [Doc. 418] (the "Plan").[1]

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Plan.

B. On March 2, 2023, the Court conducted a hearing on the confirmation of the Plan, and Debtor was successful in confirming its Plan.

C. On March 6, 2023, the Court entered the *Amended Order Confirming Debtor's Second Amended Plan of Reorganization* (Doc. 440).

D. On March 6, 2023, the court entered its *Order Approving Compromise* (Doc. 438), thereby granting approval of the Settlement Agreement between Debtor and the Lakeside Legionnaires.

E. On March 6, 2023, in the Lakeside Legionnaires' adversary case, Case No. 3:21-ap-00118, the court entered its *Order Approving the Class Settlement and Judgment* (Doc. 66), which disposed of all claims and entered final judgment, leaving no outstanding matters in the adversary case.

F. On March 15, 2023, Debtor filed its *Notice of Effective Date of Debtor's Second Amended Plan of Reorganization* (Doc. 443), designating March 17, 2023 as the Effective Date of the Plan.

G. The Reorganized Debtor has filed all monthly operating reports to and through the Effective Date and its first post-confirmation report through quarter ending March 31, 2023.

H. The Reorganized Debtor anticipates filing a final post-confirmation report within thirty (30) days after the entry of this Order.

I. The Reorganized Debtor has sufficient funding and will pay all required fees due to the U.S. Trustee.

J. The Reorganized Debtor has no other remaining administrative obligations.

K. The Plan has been substantially consummated.

II. ORDERS:

1. The Motion to Close Case is granted and this Court hereby enters its final decree closing the Case; and

2. The status hearing previously scheduled for June 29, 2023 at 10:00 a.m. is vacated.

3. This Court retains jurisdiction to resolve any matters related to this Case as provided in the Plan.

**DATED AND SIGNED ABOVE.**

ENGELMAN BERGER, P.C.
2800 North Central Avenue, Suite 1200
Phoenix, Arizona 85004